IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| BRENDA E. AMBUEHL § <br> § <br> VS. § <br> § <br> EPSON AMERICA, INC. § | Civil Action No. <br><br> 7:24-cv-00254 |

**PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT**

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE:**

COMES NOW, Plaintiff **BRENDA E. AMBUEHL** and file this her First Amended Original Complaint against Defendant **EPSON AMERICA, INC.,** and respectfully brings their causes of action before this court.

## I.   INTRODUCTION

1. This is an action by Plaintiffs against Defendant for Breach of Contract, Breach of Implied Warranty of Merchantability, Breach of Implied Warranty of Fitness for a Particular Purpose, Breach of Express Warranty, Fraud and Misrepresentation. Plaintiffs brings this action for actual damages and compensatory damages as allowed by law.

## II.   JURISDICTION AND VENUE

2. This court has jurisdiction over the Plaintiffs' claims under diversity. This court has further jurisdiction over Plaintiff state law claims under 28 U.S.C. § 1367 (supplemental jurisdiction) as those claims form part of the same case or controversy under Article III of the United States Constitution.

3. Venue lies in the U.S. Southern District of Texas, the district in which the claim arose.

## III.   PARTIES

4. Plaintiff **BRENDA E. AMBUEHL**, resides in Donna, Hidalgo County, Texas.

1

5.  Defendant is a corporation located in California and operates within the U.S. Southern District of Texas. Defendant has been properly served and has made an appearance in this lawsuit.

### IV.  FACTS

6.  Plaintiff entered into a written contract with Defendant for the purchase of commercial printing equipment and along with that an insurance to protect Plaintiff in the event of product defects or malfunction ("the Contract"). Such products were purchased by Plaintiff to be used in the course and scope of her business.

7.  The printing equipment purchased and insured by the Contact failed and Plaintiff made a claim with Defendant. Defendant promised to replace the equipment with new working printers pursuant to the terms of the agreement entered into by the Parties.

8.  Defendant agreed to exchange the equipment, however failed to properly deliver and install the new equipment and Defendant failed to remove the defective equipment from Plaintiff's property. Due to the size, weight and structure of the equipment, Plaintiff has been without the use and benefit of using the equipment for its intended purpose for a year now.

9.  To date, Defendant has failed to comply with the terms of the Contract entered into between the parties.

### V.  CAUSES OF ACTION

Plaintiff incorporates all of the aforementioned Facts in numeral IV.

10.  Plaintiff sues for Breach of Contract. Plaintiff performed all the obligations imposed on her by the agreement entered into between the parties. However, Defendant failed to perform pursuant to the terms of the agreements. Defendant's failure to perform under the terms of the

agreement and subsequent actions constitute a material breach, and the Defendant is liable to Plaintiff for actual and consequential damages proximately caused by such breach.

11. Plaintiff sues for Breach of Implied Warranty of Merchantability. Defendant is a merchant engaged in the sale of goods and services. Plaintiff purchased commercial printers for which Plaintiff paid EPSON AMERICA thousands of dollars. In connection with the sale of commercial printers to Plaintiff, EPSON AMERICA made an implied warranty under Section 2.314(b)(3) of the Texas Business and Commerce Code that the product was of merchantable quality and fit for the ordinary purpose for which such products are used. Plaintiff attempted to use the product for the purpose for which it was intended, but it was unfit for that purpose. As a result of the product being unfit for its ordinary and intended use, Plaintiff suffered damages, including incidental and consequential damages.

12. Plaintiff sues for Brech of Implied Warranty of Fitness for a Particular Purpose. Plaintiff purchased commercial printers for use with her business. Defendant knew that Plaintiff was buying commercial printers for that purpose and in connection with the sale and made an implied warranty regarding the suitability of the product as defined by Section 2.315 of the Texas Business and Commerce Code. Plaintiff relied on the judgment of Defendant in providing a suitable product and warranty, but found that the product was unsuitable in that in failed to work and function as promised. As a result of the product not being in conformance with the warranty, Plaintiff suffered damages, including incidental and consequential damages.

13. Plaintiff sues for Breach of Written Express Warranty. The contract between the parties included various express warranties. The express warranty was false in that Defendant has failed to comply and stand by its product and customer service. As

a result of the breach of express warranty, Plaintiff suffered damages, including incidental and consequential damages. Prior to the commencement of this action and within a reasonable time after discovering the breach, Plaintiff gave written notice to Defendant of the breach of warranties and of the damages sustained as a result of the breach.

## VI.   DAMAGES

14.   Plaintiff has sustained damages as a result of the Defendant's conduct and bad acts that give rise to the causes of action alleged above. Such damages are in excess of the Court's jurisdictional minimum and include, but are not limited to, actual or economic damages for Special or consequential damages as allowed by law.

## VII.   ATTORNEY'S FEES

12.   Plaintiff is entitled to recover attorney's fees and costs as allowed by law. Plaintiffs thereby request that the Court and jury award their attorney's fees and expenses.

## VIII.   JURY DEMAND

Plaintiffs respectfully demand a jury trial pursuant to FED.R.CIV. P.8(b).

## IX.   PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendant be cited to appear and answer herein, and that Plaintiff have judgment against Defendant for actual damages above the jurisdictional minimum of the Court; exemplary damages; pre-judgment interest; post-judgment interest, costs of court, attorney's fees and expenses and all other relief to which Plaintiff is justly entitled, at law or in equity.

Respectfully submitted,

Law Office of Dennis Ramirez, PLLC
111 N. 17th Street, Suite D
Donna, Texas 78537
Telephone: (956) 461-2890
Facsimile: (956) 287-3245
Email: dramirezlaw@gmail.com


*/s/ Dennis Ramirez*
DENNIS RAMIREZ
State Bar No. 24037327
Fed. ID No. 27204
**Attorney for Plaintiff**